```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 04669
   ALEX S BASZARAL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7018


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/16/2007 and was confirmed 06/21/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 02/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                               PAID             PAID
--------------------------------------------------------------------------------
EMC MORTGAGE               CURRENT MORTG           .00            .00              .00
EMC MORTGAGE               MORTGAGE ARRE     20136.05            .00           244.30
WASHINGTON MUTUAL          NOTICE ONLY      NOT FILED            .00              .00
COOK COUNTY COLLECTOR      NOTICE ONLY      NOT FILED            .00              .00
ILL DEPT OF REVENUE        PRIORITY         NOT FILED            .00              .00
HITCHCOCK AND ASSOCIATES   PRIORITY         NOT FILED            .00              .00
AMERICAN EXPRESS CENTURI   UNSECURED         12744.95            .00              .00
AMEX                       NOTICE ONLY      NOT FILED            .00              .00
RESURGENT CAPITAL SERVIC   UNSECURED          1031.51            .00              .00
CAPITAL ONE BANK           UNSECURED        NOT FILED            .00              .00
ECAST SETTLEMENT CORP      UNSECURED          8524.47            .00              .00
COMMONWEALTH EDISON        NOTICE ONLY      NOT FILED            .00              .00
DEBT CREDIT SERVICES       UNSECURED        NOT FILED            .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          8529.76            .00              .00
ENCORE RECEIVABLE MANAGE   NOTICE ONLY      NOT FILED            .00              .00
FIA CSNA                   UNSECURED        NOT FILED            .00              .00
HILCO RECEIVABLES          UNSECURED        NOT FILED            .00              .00
MBNA DE NA                 UNSECURED        NOT FILED            .00              .00
NICOR GAS                  UNSECURED          1375.07            .00              .00
NICOR GAS                  NOTICE ONLY      NOT FILED            .00              .00
CITY OF BERWYN             UNSECURED        NOT FILED            .00              .00
WELLS FARGO FINANCIAL IL   UNSECURED          1336.78            .00              .00
EMC MORTGAGE CORPORATION   NOTICE ONLY      NOT FILED            .00              .00
THOMAS R HITCHCOCK         REIMBURSEMENT        64.50            .00            64.50
THOMAS R HITCHCOCK         DEBTOR ATTY       2,500.00                        2,500.00
TOM VAUGHN                 TRUSTEE                                             202.20
DEBTOR REFUND              REFUND                                                 .00


      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 04669 ALEX S BASZARAL
```

```
TRUSTEE                                    3,011.00

PRIORITY                                                        64.50
SECURED                                                        244.30
UNSECURED                                                         .00
ADMINISTRATIVE                                               2,500.00
TRUSTEE COMPENSATION                                           202.20
DEBTOR REFUND                                                     .00
                                   ----------------   ----------------
TOTALS                                     3,011.00          3,011.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
     Dated: 05/27/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```